

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| OEP Holdings, LLC, MVT Services, LLC, and Mesilla Valley Transportation Solutions, LLC, | § | No. 08-18-00226-CV |
| | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| Javier Rodriguez., | § | (TC# 2017-DCV-3020) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **May 26, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before May 26, 2019.

IT IS SO ORDERED this 29th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.